IRELL & MANELLA LLP
Bruce A. Wessel (116734)
bwessel@irell.com
Adam M. Shapiro (307653)
ashapiro@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
John P. Pringle, Chapter 7 Trustee
of Focus Media, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>FOCUS MEDIA, INC.,<br><br>　　　　Debtor.<br><hr>JOHN P. PRINGLE,<br>Chapter 7 Trustee<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS EDWARD RUBIN aka<br>THOMAS E. RUBIN aka TOM RUBIN,<br>dba THOMAS RUBIN & ASSOCIATES,<br><br>　　　　Defendants. | Case No. CV 07-03521 AHS<br><br>Bk. No. LA 00-38197 VZ<br><br>Chapter 7<br><br>Adversary No. AD 02-01010-VZ<br><br>**RENEWAL OF JUDGMENT<br>BY CLERK** |

///

///

///

---

RENEWAL OF JUDGMENT BY CLERK RENEWAL OF JUDGMENT
BY CLERK

10174000.4 04

1  This matter comes before the Court on Plaintiff John P. Pringle, Chapter 7
2  Trustee of Focus Media, Inc.'s ("Judgment Creditor") Application for Renewal of
3  Judgment against Thomas Edward Rubin and Thomas Sullivan ("Judgment
4  Debtors") to renew the judgment entered in this Court against Judgment Debtors on
5  July 17, 2007 (the "Judgment"). Upon consideration of the application by the Clerk
6  of Court on a sum certain basis, Judgment is renewed for 10 years from the date of
7  entry of this Renewal of Judgment:

| | |
|---|---:|
| Total judgment | $36,341,665.40 |
| Credits after judgment | $152,287.15 |
| Subtotal | $36,189,378.25 |
| Interest after judgment (as of the date the Application for Renewal of Judgment was filed) | $17,791,332.90 |
| Total renewed judgment | $53,980,711.15 |

CLERK OF COURT
U.S. District Court
Central District of California

Dated:_6/9/2017_____

s/ J. Remigio_____
Deputy Clerk

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations